FILED: August 18, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1519

(9:12-cv-02558-MGL)

_____

CARRIE MAE RIVERS

      Plaintiff - Appellant

v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION

      Defendant - Appellee

and

SOCIAL SECURITY ADMINISTRATIVE RECORD

      Party-in-Interest

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 09/18/2014

Opening brief due: 09/18/2014

Response brief due: 10/22/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk